The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YUNNAN DUOBANG NETWORK TECHNOLOGY CO LTD,<br><br>   Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>   Defendant. | No. 2:23-cv-01137-JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO VACATE ARBITRATION AWARD AND CROSS-MOTION TO CONFIRM ARBITRATION AWARD**<br><br>Noting Date: September 26, 2023 |

## STIPULATED MOTION

Plaintiff Yunnan Duobang Network Technology Co., Ltd. ("Plaintiff") and defendant Amazon.com Services LLC ("Defendant") jointly move the Court to enter the subjoined order setting forth a briefing schedule for Plaintiff's motion to confirm the arbitration award at issue and Defendant's cross-motion to confirm that same arbitration award. In support of this Stipulated Motion, the parties state the following:

1.     Plaintiff filed its Complaint to Vacate Arbitration on July 31, 2023, commencing this action under Section 10 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et. seq.*, to vacate a final arbitration award entered in an arbitration proceeding between the parties  Dkt. 1.

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE  (2:23-cv-01137-JCC) - 1
4861-5765-7473v.1 0051461-005908

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

2. Pursuant to the FAA's provisions, Plaintiff intends to file a motion to vacate that arbitration award, and Defendant intends to file a cross-motion to confirm that same arbitration award.

3. To facilitate the parties' orderly submission of related papers to the Court, their respective counsel have met and conferred regarding a joint proposed briefing schedule for Plaintiff's motion, Defendant's cross-motion, and related briefs in opposition and in reply.

7. For the foregoing reasons, the parties jointly respectfully request that the Court enter an order setting forth the following briefing schedule for their respective motions:

| Event | Due Date |
| --- | --- |
| Plaintiff's motion to vacate arbitration award | October 9, 2023 |
| Defendant's opposition to Plaintiff's motion and Defendant's cross-motion to confirm arbitration award | October 23, 2023 |
| Plaintiff's opposition to Defendant's cross-motion and reply in support of Plaintiff's motion | November 6, 2023 |
| Defendant's reply in support of cross-motion | November 20, 2023 |
| **Noting Date for motion and cross-motion** | **November 24, 2023** |

Should the above-proposed dates be inconvenient for the Court, the parties respectfully request the entry of a briefing schedule set at the same intervals that suits the Court's schedule and convenience.

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE  (2:23-cv-01137-JCC) - 2
4861-5765-7473v.1 0051461-005908

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

1     STIPULATED this 26th day of September, 2023.

| | |
|---|---|
| MANN LAW GROUP PLLC & AU LLC<br>*Attorneys for Plaintiff Yunnan Duobang Network Technology Co., Ltd.* | DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Defendant Amazon.com Services LLC* |
| By */s/ Philip P. Mann*<br>  Philip P. Mann, WSBA #28860<br>  403 Madison Avenue North, Suite 240<br>  Bainbridge Island, WA  98110<br>  Telephone: 206.436.0900<br>  Email: phil@mannlawgroup.com<br><br>  Adam E. Urbancyzk, (pro hac vice)<br>  444 West Lake Street, Suite 1700<br>  Chicago, IL  60606<br>  Telephone:  312.715.7312<br>  Email:  adamu@au-llc.com | By */s/ Arthur Simpson*<br>  John Goldmark, WSBA #40980<br>  Arthur Simpson, WSBA #44479<br>  Jean M. Fundakowski (*pro hace vice*)<br>  Mark Burnside (*pro hac vice*)<br>  920 Fifth Avenue, Suite 3300<br>  Seattle, WA  98104-1610<br>  Telephone:  206.622.3150<br>  Email:  johngoldmark@dwt.com<br>  Email:  arthursimpson@dwt.com<br>  Email:  jeanfundakowski@dwt.com<br>  Email:  markburnside@dwt.com |

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE  (2:23-cv-01137-JCC) - 3
4861-5765-7473v.1 0051461-005908

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

# [~~PROPOSED~~] ORDER

The parties jointly moved the Court for a briefing schedule for Plaintiff's motion to vacate the arbitration award and Defendant's cross-motion to confirm the arbitration award. The briefing deadlines are hereby set for the following dates:

| Event | Due Date |
| --- | --- |
| Plaintiff's motion to vacate arbitration award | October 9, 2023 |
| Defendant's opposition to Plaintiff's motion and Defendant's cross-motion to confirm arbitration award | October 23, 2023 |
| Plaintiff's opposition to Defendant's cross-motion and reply in support of Plaintiff's motion | November 6, 2023 |
| Defendant's reply in support of cross-motion | November 20, 2023 |
| **Noting Date for motion and cross-motion** | **November 24, 2023** |

IT IS SO ORDERED.

Dated this 27th day of September, 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

**Presented by:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Amazon.com Services LLC*

By  */s/ Arthur Simpson*
    John Goldmark, WSBA #40980
    Arthur Simpson, WSBA #44479
    Jean M. Fundakowski (*pro hace vice*)
    Mark Burnside (*pro hac vice*)
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE  (2:23-cv-01137-JCC) - 4
4861-5765-7473v.1 0051461-005908

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

1    Telephone:  206.622.3150
   Email:  johngoldmark@dwt.com
2    Email:  arthursimpson@dwt.com
   Email:  jeanfundakowski@dwt.com
3    Email:  markburnside@dwt.com

4 **Stipulated / Approved as to Form:**

5 MANN LAW GROUP PLLC & AU LLC
*Attorneys for Plaintiff Yunnan Duobang Network Technology Co., Ltd.*

6 By  */s/ Philip P. Mann*
   Philip P. Mann, WSBA #28860
7    403 Madison Avenue North, Suite 240
   Bainbridge Island, WA  98110
8    Telephone: 206.436.0900
   Email: phil@mannlawgroup.com

9    Adam E. Urbancyzyk, (pro hac vice)
   444 West Lake Street, Suite 1700
10    Chicago, IL  60606
   Telephone:  312.715.7312
11    Email:  adamu@au-llc.com

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE  (2:23-cv-01137-JCC) - 5
4861-5765-7473v.1 0051461-005908

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150