# Exhibit 1

**amazon seller central**    English    Search    Messages | Help | Settings

Catalog    Inventory    Orders    Stores    Growth    Reports    Performance    Partner Network

Help / Policies, agreements, and guidelines / Program Policies / Selling on Amazon Fee Schedule / Selling Policies and Seller Code of Conduct

# Selling Policies and Seller Code of Conduct

All sellers are expected to adhere to the following policies when listing products on Amazon. Seller offenses and prohibited content can result in suspension of your Amazon account.

## Seller code of conduct

This policy requires that sellers act fairly and honestly on Amazon to ensure a safe buying and selling experience. All sellers must:

- Provide accurate information to Amazon and our customers at all times
- Act fairly and not misuse Amazon's features or services
- Not attempt to damage or abuse another Seller, their listings or ratings
- Not attempt to influence customers' ratings, feedback, and reviews
- Not send unsolicited or inappropriate communications
- Not contact customers except through Buyer-Seller Messaging
- Not attempt to circumvent the Amazon sales process
- Not operate more than one selling account on Amazon without a legitimate business need

Violating the Code of Conduct or any other Amazon policies may result in actions against your account, such as cancellation of listings, suspension or forfeiture of payments, and removal of selling privileges. More details about these policies are below.

### Accurate Information

You must provide accurate information to Amazon and our customers, and update the information if it changes. For example, this means that you must use a business name that accurately identifies your business and list your products in the correct category.

### Acting Fairly

You must act fairly and lawfully and may not misuse any service provided by Amazon. Examples of unfair activities include:

- Providing misleading or inappropriate information to Amazon or our customers, such as by creating multiple detail pages for the same product or posting offensive product images
- Manipulating sales rank (such as by accepting fake orders or orders that you have paid for) or making claims about sales rank in product titles or descriptions
- Attempting to increase the price of a product after an order is confirmed
- Artificially inflating web traffic (using bots or paying for clicks, for example)
- Attempting to damage another Seller, their listings or ratings

- Allowing other people to act on your behalf in a way that violates Amazon's policies or your agreement with Amazon

### Ratings, Feedback, and Reviews

You may not attempt to influence or inflate customers' ratings, feedback, and reviews. You may request feedback and reviews from your own customers in a neutral manner, but may not:

- Pay for or offer an incentive (such as coupons or free products) in exchange for providing or removing feedback or reviews
- Ask customers to write only positive reviews or ask them to remove or change a review
- Solicit reviews only from customers who had a positive experience
- Review your own products or a competitors' products

### Communications

You may not send unsolicited or inappropriate messages. All communications to customers must be sent through Buyer-Seller Messaging and be necessary for fulfilling the order or providing customer services. Marketing communications are prohibited.

### Customer Information

If you receive customer information such as addresses or phone numbers to fulfill orders, you may use that information only to fulfill orders and must delete it after the order has been processed. You may not use customer information to contact customers (except through Buyer-Seller Messaging) or share it with any third-party.

### Circumventing the Sales Process

You may not attempt to circumvent the Amazon sales process or divert Amazon customers to another website. This means that you may not provide links or messages that prompt users to visit any external website or complete a transaction elsewhere.

### Multiple Selling Accounts on Amazon

You may only maintain one Seller Central account for each region in which you sell unless you have a legitimate business need to open a second account and all of your accounts are in good standing. If any of your accounts are not in good standing, we may deactivate all of your selling accounts until all accounts are in good standing.

Examples of a legitimate business justification include:

- You own multiple brands and maintain separate businesses for each
- You manufacture products for two distinct and separate companies
- You are recruited for an Amazon program that requires separate accounts

### Filing Infringement Notices as an Agent or Brand Protection Agency

Amazon understands that many brands may choose to have brand protection agencies or agents report intellectual property infringement on their behalf and accepts submissions from authorized agents. However, Amazon does not permit individuals with active selling accounts to file infringement notices as an agent of a brand when the filing of those notices could benefit

their own selling account (through removing competing listings, for example). Any sellers filing notices as an agent to benefit their own status as a seller may have their selling account terminated.

## Selling Policies and Seller Code of Conduct

- Keeping Your Account Information Secure
- Identifying false (spoofed) e-mails
- Supported browsers and operating systems
- Why do I have to complete a PIN verification process?
- Why isn't the system recognizing my PIN when I enter it?
- Can I transfer my seller account?
- Do I have to have a land line to complete this process, or can I use a cell phone?
- Why didn't I receive a phone call?
- I closed my browser; how do I get to the next step of the verification process?
- Why can't I view some pages on Seller Central?
- How can I verify that my bank account information has been changed?
- What can I do if my bank account information is rejected?

Was this article helpful?  ○ Yes   ○ No

**Related articles**

Selling on Amazon Business fee schedule

Access the Fee Explainer

Selling Policies and Seller Code of Conduct

Category, product, and listing restrictions

Product Detail Page Rules

Prohibited seller activities and actions

Drop Shipping Policy

ASIN creation policy

Recalled Products

Expiration dates on seller-fulfilled products

**Need more help?**

Visit Seller Forums

Get Support

| Help | Program Policies | English | © 1999–2021, Amazon.com, Inc. or its affiliates |