The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YUNNAN DUOBANG NETWORK
TECHNOLOGY CO LTD,

          Plaintiff,

v.

AMAZON.COM SERVICES LLC,

          Defendant.

No. 2:23-cv-01137-JCC

**STIPULATED MOTION AND [~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE FOR MOTION TO VACATE ARBITRATION AWARD AND CROSS-MOTION TO CONFIRM ARBITRATION AWARD**

Noting Date: October 16, 2023

## STIPULATED MOTION

Plaintiff Yunnan Duobang Network Technology Co., Ltd. ("Plaintiff") and defendant Amazon.com Services LLC ("Defendant") jointly move the Court to enter the subjoined order amending the briefing schedule for Plaintiff's motion to confirm the arbitration award at issue and Defendant's cross-motion to confirm that same arbitration award.  In support of this Stipulated Motion, the parties state the following:

1.     Plaintiff filed its Complaint to Vacate Arbitration on July 31, 2023, commencing this action under Section 10 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et. seq.*, to vacate a final arbitration award entered in an arbitration proceeding between the parties  Dkt. 1.

2.     On September 27, 2023, the Court entered its Order granting the parties Stipulated Motion Setting Briefing Schedule for Motion to Vacate Arbitration Award & Cross-Motion to

STIPULATION AND [~~PROPOSED~~] ORDER
AMENDING BRIEFING SCHEDULE  (2:23-cv-01137-JCC) - 1
4868-5954-4199v.1 0051461-005908

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

Confirm Arbitration Award.  Dkt. 16.  That Order confirmed the parties' proposed briefing schedule, set forth below:

| Event | Due Date |
|---|---|
| Plaintiff's motion to vacate arbitration award | October 9, 2023 |
| Defendant's opposition to Plaintiff's motion and Defendant's cross-motion to confirm arbitration award | October 23, 2023 |
| Plaintiff's opposition to Defendant's cross-motion and reply in support of Plaintiff's motion | November 6, 2023 |
| Defendant's reply in support of cross-motion | November 20, 2023 |
| **Noting Date for motion and cross-motion** | **November 24, 2023** |

3.     October 9, 2023, was a federal holiday (i.e., Columbus Day/Indigenous Peoples' Day).  Plaintiff therefore filed its Motion to Vacate Arbitration Award on October 10, 2023 (to which Defendant does not object).

4.     Since that date, Defendant's counsel has encountered scheduling complications and conferred with Plaintiff's counsel regarding the same.  As a professional accommodation to Defendant's counsel, Plaintiff's counsel therefore stipulates to the parties' joint request for a modest amendment of the parties' remaining briefing scheduling to accommodate Defendant's counsel:

| Event | Due Date |
|---|---|
| Defendant's opposition to Plaintiff's motion and Defendant's cross-motion to confirm arbitration award | ~~Prior: October 23, 2023~~ Amended: October 30, 2023 |
| Plaintiff's opposition to Defendant's cross-motion and reply in support of Plaintiff's motion | ~~Prior November 6, 2023~~ Amended: November 13, 2023 |
| Defendant's reply in support of cross-motion | [Unchanged] November 20, 2023 |
| **Noting Date for motion and cross-motion** | [Unchanged] **November 24, 2023** |

7.     For the foregoing reasons, the parties jointly respectfully request that the Court enter an order setting forth the following amended briefing schedule for their respective motions:

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

1      STIPULATED this 16th day of October, 2023.

2   MANN LAW GROUP PLLC & AU LLC      DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Yunnan Duobang*   *Attorneys for Defendant Amazon.com*
3   *Network Technology Co., Ltd.*           *Services LLC*

4   By  */s/ Philip P. Mann*            By  */s/ Arthur Simpson*
     Philip P. Mann, WSBA #28860       John Goldmark, WSBA #40980
5     403 Madison Avenue North, Suite 240  Arthur Simpson, WSBA #44479
     Bainbridge Island, WA  98110       Jean M. Fundakowski (*pro hace vice*)
6     Telephone: 206.436.0900          Mark Burnside (*pro hac vice*)
     Email: phil@mannlawgroup.com      920 Fifth Avenue, Suite 3300
7                                Seattle, WA  98104-1610
     Adam E. Urbancyzyk, (pro hac vice)   Telephone:  206.622.3150
     444 West Lake Street, Suite 1700    Email:  johngoldmark@dwt.com
8     Chicago, IL  60606              Email:  arthursimpson@dwt.com
     Telephone:  312.715.7312         Email:  jeanfundakowski@dwt.com
9     Email:  adamu@au-llc.com         Email:  markburnside@dwt.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND [~~PROPOSED~~] ORDER
AMENDING BRIEFING SCHEDULE  (2:23-cv-01137-JCC) - 3
4868-5954-4199v.1 0051461-005908

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# [~~PROPOSED~~] ORDER

The parties jointly moved the Court for an amended briefing schedule for Plaintiff's motion to vacate the arbitration award and Defendant's cross-motion to confirm the arbitration award. The remaining briefing deadlines are hereby reset for the following dates:

| Event | Due Date |
|---|---|
| Defendant's opposition to Plaintiff's motion and Defendant's cross-motion to confirm arbitration award | October 30, 2023 |
| Plaintiff's opposition to Defendant's cross-motion and reply in support of Plaintiff's motion | November 13, 2023 |
| Defendant's reply in support of cross-motion | November 20, 2023 |
| **Noting Date for motion and cross-motion** | **November 24, 2023** |

IT IS SO ORDERED.

Dated this 17th day of October, 2023.

_John C Coughenour_

_____

John C. Coughenour
UNITED STATES DISTRICT JUDGE

**Presented by:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Amazon.com Services LLC*

By _/s/ Arthur Simpson_____
    John Goldmark, WSBA #40980
    Arthur Simpson, WSBA #44479
    Jean M. Fundakowski (*pro hace vice*)
    Mark Burnside (*pro hac vice*)
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone:  206.622.3150
    Email:  johngoldmark@dwt.com
    Email:  arthursimpson@dwt.com
    Email:  jeanfundakowski@dwt.com
    Email:  markburnside@dwt.com

STIPULATION AND [~~PROPOSED~~] ORDER
AMENDING BRIEFING SCHEDULE  (2:23-cv-01137-JCC) - 4
4868-5954-4199v.1 0051461-005908

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

**Stipulated / Approved as to Form:**

MANN LAW GROUP PLLC & AU LLC
*Attorneys for Plaintiff Yunnan Duobang Network Technology Co., Ltd.*

By */s/Philip P. Mann*
    Philip P. Mann, WSBA #28860
    403 Madison Avenue North, Suite 240
    Bainbridge Island, WA  98110
    Telephone: 206.436.0900
    Email: phil@mannlawgroup.com

    Adam E. Urbancyzyk, (pro hac vice)
    444 West Lake Street, Suite 1700
    Chicago, IL  60606
    Telephone:  312.715.7312
    Email:  adamu@au-llc.com

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150