# EXHIBIT C

amazon seller central                                English ▼    Sign in    Sell on Amazon

This article applies to selling in: **United States**

Help / Payments / Funds withholding policy

# Funds withholding policy

Customer trust is paramount to Amazon, and we strictly prohibit the sale of counterfeit goods and other deceptive, fraudulent, and illegal activity. If we find that you have engaged in such activity, we may deactivate your seller account and withhold any funds that may be in your account, in order to protect our customers and sellers.

When we deactivate an account, we withhold funds to settle outstanding transactions, including product returns or refunds, A-to-z claims from customers, inventory removal costs, and outstanding fees. You may appeal your account deactivation by following the instructions provided to you in the notice of account deactivation or in Seller Central. If your account is reinstated as a result of the appeal, funds will be released and disbursed according to your disbursement schedule.

If your account is not reinstated following an appeal or you choose not to appeal the deactivation, after 90 days from when your account was deactivated, you may separately request funds disbursement by contacting disbursement-appeals@amazon.com. We will conduct a separate investigation to evaluate your account for abusive, fraudulent, or other prohibited activity. During this process, we may request that you provide additional information or documentation regarding your identity, financial instruments, and product sourcing. We may validate any information that you provide with third parties or government agencies.

If we find that you have **engaged in deceptive, fraudulent, or illegal activity, have abused our systems, or repeatedly violated our policies that protect our customers and sellers, we may withhold some or all funds in your account**. Examples of deceptive, fraudulent, or illegal activities include, but are not limited to: falsifying or misrepresenting your identity, violating Amazon's anti-counterfeit policy, or submitting forged documents to Amazon.

**Related articles** 

Payments FAQ

Tasks & Tools

Reference

Seller Lending Program

**Funds withholding policy**

Acceptable bank accounts and Payment Service Providers

Payment Service Provider Program FAQ

Payment Service Provider Program updates

**Need more help?**

See more on Seller Central

Visit Seller Forums



**Reach Hundreds of Millions of Customers**

Start Selling On Amazon

© 1999-2021, Amazon.com, Inc. or its affiliates