# EXHIBIT F

**AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®**

# Dana Welch, Esq.

| | |
|---|---|
| **Panelist Video** | View Video |
| **Current Employer-Title** | Welch ADR – Arbitrator, Mediator |
| **Work History** | Welch ADR, 2002 – Present; Founding Executive Director (Berkeley Center for Law, Business and the Economy, Boalt Hall School of Law, Berkeley Law School), University of California Berkeley, 2005 – 2006; Litigation Partner and Co-managing Partner of San Francisco Office, Ropes and Gray, 2003 – 2005; General Counsel of Robertson Stephens, 1995-2001; Litigation Special Counsel, O'Melveny & Myers, 1992-1995; Litigation Associate, Shearman & Sterling, 1989 – 1992; Litigation Associate, Keker & Brockett, 1988 – 1989; Law Clerk to the Honorable D. Lowell Jensen, U.S. District Court Northern District of California, 1987 – 1988. |
| **Experience** | Thirty-three years' experience, first as a commercial litigator, then as the General Counsel of a technology-focused investment bank, and currently, for the last eighteen years, as a full-time arbitrator and mediator.  Served as the arbitrator in over 250 disputes, including on three arbitrator panels and as the sole arbitrator.  Practice has included a broad variety of industries and subject matters, including:<br><br>TRADE SECRETS:  arbitrated numerous disputes arising from alleged theft of trade secrets from a range of industries, including technology and financial services.  Issues have included analysis of forensic examination data, technology use, and application of CUTSA.<br><br>CONTRACT DISPUTES:  including issues of indemnification, fraudulent misrepresentation, recission, breach of the covenant of good faith and fair dealing.<br><br>FINANCIAL SERVICES:  arising from disputes between lenders in failed real estate syndicate; M&A transactions, theft of trade secrets.<br><br>PARTNERSHIP AND LLC DISSOLUTIONS:  claims for breach of contract and fiduciary duty, fraud and rescission, valuation of partnership interests.<br><br>INVESTMENT DISPUTES:  limited partnership issues in hedge funds, inappropriate investments.<br><br>TECHNOLOGY COMPANIES:  licensing disputes including breach of exclusive license, failure to pay royalties, theft of trade secrets, fraud and misrepresentation, breach of contract.<br><br>DISCOVERY DISPUTES:  particularly focused on e-discovery protocols and |

*Dana Welch, Esq.*
*Neutral ID : 151369*

The ICDR/AAA provides arbitrators to parties on cases administered by the ICDR under its various Rules, which delegate authority to the ICDR on various issues, including arbitrator appointment and challenges, general oversight, and billing.  Arbitrations that proceed without ICDR/AAA administration are not considered "ICDR or AAA arbitrations," even if the parties were to select an arbitrator who is on the ICDR or AAA's Roster.

disputes.

eCOMMERCE: unfair business practices, fraud, breach of contract.

LEGAL ISSUES: including breach of fiduciary duty and duty of loyalty, indemnification and advancement, jurisdiction and arbitrability, trade secret law, FEHA issues, FLSA regulations, attorney's duties to clients, conflict of laws, and many others.

EMPLOYMENT DISPUTES: trade secret theft, compensation disputes, breach of contract, ERISA violations, wrongful termination, FLSA claims, and discrimination claims including gender, race, disability, age and sexual harassment.

CANNABIS DISPUTES: including product licensing, venture and seed funding disputes, and disputes between founders and Boards.

GENERAL BUSINESS DISPUTES: including claims for tortious business conduct, attorney-client fee disputes, misappropriation of trade secrets, accounting and valuation.

**Alternative Dispute Resolution Experience**

Arbitrator in approximately 250 matters over nearly 20 years. Proficient in conducting virtual hearings.

Notable matters include:

Sole arbitrator in dispute between technology company and ex-executive over theft of trade secrets, breach of fiduciary duty, and California anti-hacking law.

Sole arbitrator in multi-million dispute arising from failed M&A transaction in financial services. Claims included fraud, breach of contract, theft of trade secrets, rescission. Counterclaims included wrongful termination and fraud.

Specially appointed to manage disposition of hundreds of individual claims and to provide an advisory opinion to federal district court in related class action.

Sole arbitrator in several business divorce disputes.

Sole arbitrator in actions alleging FLSA and California Labor Code violations.

Sole arbitrator in dispute arising from alleged failure of investment bank to conduct adequate due diligence in sale of private company.

Chair of panel in dispute between eCommerce companies; allegations of fraud, breach of contract and unfair business practices. Included complex legal questions such as conflict of laws.

Chair of panel in cross-border dispute arising from multi-million dollar fee agreement between high-profile investor and law firm. Issues included jurisdiction, arbitrability, fiduciary duty and fraud.

*Dana Welch, Esq.*
*Neutral ID : 151369*

The ICDR/AAA provides arbitrators to parties on cases administered by the ICDR under its various Rules, which delegate authority to the ICDR on various issues, including arbitrator appointment and challenges, general oversight, and billing. Arbitrations that proceed without ICDR/AAA administration are not considered "ICDR or AAA arbitrations," even if the parties were to select an arbitrator who is on the ICDR or AAA's Roster.

Panel member in dispute between venture capital fund and startup CEO arising from alleged fraudulent misrepresentations about startup's financial position and customer contracts. Claims included common law fraud and securities fraud. Parties included the intervenor D&O provider.

Sole arbitrator in partnership dispute in broker-dealer industry. Multi-million dollar claims included breach of fiduciary duty, breach of contract and fraud.

Chair of panel in license dispute brought by medical devices maker for failure to pay royalties and fraud.

Member of panel in multi-million dollar dispute based on failed real estate syndicate. Claims for fraud, tortious interference with business, breach of contract, valuation and appraisal issues.

Discovery referee in dispute including complex e-discovery and expert discovery issues.

Sole arbitrator in multi-million dollar dispute in financial services industry based on CEO leaving to go to a competitor. Claims for breach of contract, trade secret misappropriation; breach of fiduciary duty. Counterclaims for ERISA violations.

Sole arbitrator in license dispute brought by major, privately owned services company against software provider for breach of warranties and breach of contract.

Member of panel in a claim brought by limited partner against a general partner in a hedge fund for breach of contract, breach of fiduciary duty.

Chair of panel in claims brought by manufacturer in cannabis industry against licensee for fraud, misrepresentation, violation of exclusive license agreement, breach of contract, rescission.

Sole arbitrator in claim for wrongful termination brought by CEO in technology company; counterclaims for breach of fiduciary duty.

Sole arbitrator in claim for placement in unsuitable investments, breach of fiduciary duty brought by private investors against investment adviser.

Sole arbitrator in claim brought by senior executive for wrongful termination based on sexual harassment.

Sole arbitrator in claim for constructive termination based on hostile work environment.

Sole arbitrator in claim brought by vendor against political campaign for breach of contract.

Sole arbitrator in dispute between law firm and former partner for breach of contract, breach of fiduciary duty, and preliminary relief.

*Dana Welch, Esq.*
*Neutral ID : 151369*

The ICDR/AAA provides arbitrators to parties on cases administered by the ICDR under its various Rules, which delegate authority to the ICDR on various issues, including arbitrator appointment and challenges, general oversight, and billing. Arbitrations that proceed without ICDR/AAA administration are not considered "ICDR or AAA arbitrations," even if the parties were to select an arbitrator who is on the ICDR or AAA's Roster.

|  |  |
|---|---|
|  | Sole arbitrator in multi-million dollar complex dispute between two Fortune 500 companies over contract terms that affect price for the remainder of a multi-year contract.  Expert testimony about price indices central to decision. |
| **Alternative Dispute Resolution Training** | ACE 21 – Impartiality: Do You Know Where Your Biases Are?, 2021; 2021 AAA-ICDR Panel Conference; ACE20 Cyber Security: A Shared Responsibility, 2020; AAA/ICDR/AAA Mediation.org Panel Conference, 2019; AAA Arbitrator Faculty, Arbitration Fundamentals and Best Practices for New AAA Arbitrators, 2016 - 2020; CCA Annual Meeting, 2016-2020; Co-chair and faculty member, ABA Annual Arbitration Training Institute, 2018-2021; Faculty, AAA Red Flags & Risk Areas: Challenges to Arbitrator Authority ACE14, 2017; Faculty, AAA Dealing with Difficult Attorneys in Arbitration ACE13, 2016 and 2017; Faculty, AAA Arbitration Fundamentals and Best Practices for New AAA Arbitrators, 2016-2019;  AAA Navigating the Evidence & Discovery Roadmap in Arbitration, 2016; Faculty, AAA eDiscovery: Arbitration in a Digital World ACE12, April 2016; AAA/ICDR/Mediation.org Panel Conference, 2016; AAA Arbitrator Use & Misuse of Experts, 2015; Faculty, AAA eDiscovery: Arbitration in a Digital World ACE12, 2015; Faculty, AAA Conducting Research & Investigations: The Arbitrator's Authority 2014; Faculty, AAA Principled Deliberations: Decision-Making Skills for Arbitrators 2014; AAA Webinar, Managing ESI Exchanges in Arbitration- Preparing Yourself for the New Landscape and New Challenges- Part 1, 2014; Faculty, AAA Principled Deliberations:  Decision-Making Skills for Arbitrators, 2014; AAA, Conducting Research & Investigations:  the Arbitrator's Authority, 2014; AAA Managing the Arbitration Process for Efficiency & Economy Following the Preliminary Hearing, 2013; Faculty, AAA Maximizing Efficiency & Economy in Arbitration: Challenges at the Preliminary Hearing, 2013; AAA/ICDR Neutrals Conference, 2012, 2009; Faculty, AAA Managing the Arbitration Process for Efficiency & Economy Following the Preliminary Hearing, 2012, 2011; AAA Webinar, How to Become a More Innovative Neutral or Advocate: Applying Cutting Edge Innovation Management Techniques to Your ADR Practice, 2011; AAA Arbitrator Ethics & Disclosure ACE03, 2008; AAA Dealing With Delay Tactics in Arbitration ACE04, 2007; AAA Chairing an Arbitration Panel: Managing Procedures, Process & Dynamics ACE05, 2006; AAA Pro Se: Managing Cases Involving Self-Represented Parties ACE02, 2006; AAA Arbitration Awards: Safeguarding, Deciding & Writing Awards ACE01, 2005; AAA Commercial Arbitrator II Training: Advanced Case Management Issues, 2002; U.S. District Court, Northern District of California, Mediation Training, 2002; AAA Arbitrator I Training-Fundamentals of the Arbitration Process, 2002; University of California at Berkeley Extension, Mediation and Conflict Resolution, 2002; NASD Chairperson Training, 2002; AAA Arbitrator Update 2001; National Association of Security Dealers, Arbitrator Training, 2001 |
| **Education** | University of California at Berkeley, Boalt Hall School of Law (JD, Order of the Coif-1987); Antioch College (BA, Anthropology-1973) |
| **Professional Licenses** | Admitted to the Bar:  California (1987); U.S. District Court:  Northern (1987) and Central (1990) Districts of California; U.S. Court of Appeals, Ninth Circuit (1987). Active Member of California Bar # 129921 |

*Dana Welch, Esq.*
*Neutral ID : 151369*

The ICDR/AAA provides arbitrators to parties on cases administered by the ICDR under its various Rules, which delegate authority to the ICDR on various issues, including arbitrator appointment and challenges, general oversight, and billing.  Arbitrations that proceed without ICDR/AAA administration are not considered "ICDR or AAA arbitrations," even if the parties were to select an arbitrator who is on the ICDR or AAA's Roster.

| | |
|---|---|
| **Professional Associations** | College of Commercial Arbitrators (Member of Executive committee and Fellow); FCIArb (Fellow, Chartered Institute of Arbitrators); Co-Chair of the ABA Dispute Resolution Section's Annual Arbitration Training Institute, 2018-2020;  Panelist on CPR's Banking and Finance and General Counsel Panels; Council Member, ABA Dispute Resolution Section, 2017-2020; Co-chair, Arbitration Committee of the ABA's Dispute Resolution Section (2015-2016); California State Bar Standing Committee on Alternative Dispute Resolution: Chairman, 2013-2014; (member of that committee from 2009-2014, including chairing committee on Ethics and Standard); Berkeley Law School (Boalt Hall) Alumni Association (Board of Directors; Past President; Past Executive Committee). |
| **Publications and Speaking Engagements** | PUBLICATIONS:  Co-author, "Motions" in the College of Commercial Arbitrators Guide to Best Practices in Commercial Arbitration, Fourth Edition; "Ethical Conflicts of In-House Counsel," ACC DOCKET, February 2004; "Pandora's Box," article on waiver of attorney-client privilege in context of regulatory investigations, DAILY JOURNAL, September 8, 2003; "Up the Ladder Reporting," article on SEC attorney conduct rules, DAILY JOURNAL EXTRA, July 21, 2003.<br><br>SPEAKING ENGAGEMENTS:  Panelist:  US ADR Landscape Today, 2019 Florence Chamber of Commerce, Florence, Italy; Co-Chair, 2018, 2019 and 2020 ABA Arbitration Training Institute; Panelist:  "Awards and Post Awards", 2020 and 2019 ABA Arbitration Training Institutes; "Managing the Hearing" 2016, 2017 and 2018 ABA Training Institute; Panelist, "Jurisdiction and Arbitrability", 2018 ABA Dispute Resolution Conference; Panelist, "Writing Awards", 2017 ABA Dispute Resolution Conference; Panelist, "Dispositive Motions in Arbitration", 2016 ABA Dispute Resolution Conference;  Panelist, "Effective Advocacy in Arbitration", California State Bar Annual Meeting, September 2014, "Conducting an Effective and Efficient Arbitration," California State Bar Annual Meeting, October 2013 and September 2010; Panelist, ABA Annual Convention "Preventing a Runaway Arbitration"; Frequent Lecturer on "Ethics in the Corporate Context"; PLI "Understanding the Securities Laws", 2004-07; Panel Moderator on Post-Enron Regulation, ACC Gala, April 2005; California Governor's Conference on Women and Families, November 2004; Panel on Broker-Dealers and Investment Advisers, ABA Business Law Section, April 2004; Women Corporate Counsel Conference, September 2001. |
| **Awards and Honors** | Northern California Super Lawyer in ADR, 2020-2021; 2019-2020; 2018 National Journal ADR Champion; 2018 Acquisition International Award for Best Commercial Arbitrator in Northern California; Stephen Finney Jamison Award for 1987 graduate who best represents the qualities of advocacy and scholarship, UC Berkeley School of Law, 1987; Order of the Coif, UC Berkeley School of Law, 1987. |
| **Locations Where Parties Will Not be Charged for Travel Expenses** | San Francisco Bay Area, including South Bay, San Francisco, East Bay, Marin County |
| **Citizenship**<br>**Languages** | United States of America<br>English |

*Dana Welch, Esq.*
*Neutral ID : 151369*

The ICDR/AAA provides arbitrators to parties on cases administered by the ICDR under its various Rules, which delegate authority to the ICDR on various issues, including arbitrator appointment and challenges, general oversight, and billing.  Arbitrations that proceed without ICDR/AAA administration are not considered "ICDR or AAA arbitrations," even if the parties were to select an arbitrator who is on the ICDR or AAA's Roster.

| | |
|---|---|
| **Locale** | Berkeley, California, United States of America |
| **Compensation** | |
| Hearing: | $650.00/Hr |
| Study: | $650.00/Hr |
| Cancellation Period: | 10 Days |
| Comment: | Hourly rate charged for study and hearing time. Cancel/Postponed: with less than 10 business days' notice before first day of hearing, fee equal to four hours for each day scheduled time not rebooked.   No cancellation charge of hearing ends early.  Cases in San Francisco Bay Area (including San Francisco, South Bay, and East Bay) heard without travel time or expense charges. Cases outside this area heard with travel expenses paid by the parties; in most cases, travel time not charged. |

*Dana Welch, Esq.*
*Neutral ID : 151369*

The ICDR/AAA provides arbitrators to parties on cases administered by the ICDR under its various Rules, which delegate authority to the ICDR on various issues, including arbitrator appointment and challenges, general oversight, and billing.  Arbitrations that proceed without ICDR/AAA administration are not considered "ICDR or AAA arbitrations," even if the parties were to select an arbitrator who is on the ICDR or AAA's Roster.