# EXHIBIT H

**amazon seller central**  English   Sign in   Sell on Amazon

This article applies to selling in: **United States**

Help / Policies, agreements, and guidelines / Program Policies / Selling on Amazon Fee Schedule / Selling Policies and Seller Code of Conduct / Can I transfer my seller account?

## Can I transfer my seller account?

Seller accounts generally are not transferable. Seller accounts provide access to the tools and resources that sellers use to list their products and manage their orders. Seller accounts also include account activity history and buyer feedback. Every seller on Amazon must have a seller account and an agreement with Amazon that establishes the terms under which the seller lists and sells their products.

If the ownership of a business changes for any reason, the new owner must establish a new seller account.

If the ownership of a business is not changed, but the individuals responsible for managing the seller account have changed, you can add users to the account. For more information, see Set User Permissions.

**Related articles**

Keeping Your Account Information Secure

Identifying false (spoofed) e-mails

Supported browsers and operating systems

Why do I have to complete a PIN verification process?

Why isn't the system recognizing my PIN when I enter it?

Can I transfer my seller account?

Do I have to have a land line to complete this process, or can I

Page 1

Exhibit R-3
Page 1 of 2

use a cell phone?

Why didn't I receive a phone call?

I closed my browser; how do I get to the next step of the verification process?

Why can't I view some pages on Seller Central?

How can I verify that my bank account information has been changed?

What can I do if my bank account information is rejected?

Need more help? 

See more on Seller Central

Visit Seller Forums

 Reach Hundreds of Millions of Customers

Start Selling On Amazon

© 1999-2021, Amazon.com, Inc. or its affiliates